**STATE of Missouri, Respondent,**

*v.*

**Elmer W. GRANT, Appellant.**

**No. WD 46146.**

Missouri Court of Appeals,
Western District.

Oct. 20, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Nov. 24, 1992.

Frederick P. Tucker, Asst. Public Defender, Moberly, for appellant.

James Bradley Funk, Asst. Pros. Atty., Macon County, Macon, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals from convictions of second degree property damage and third degree assault.

The judgment of conviction is affirmed. Rule 30.25(b).